IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAMON MARK LEWIS, ) | |
| ID # 1297035, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:08-CV-1757-B-BH |
| ) | |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|     Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge; the objections raised thereto; the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge; and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge, as supplemented, are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this   29th   day of September, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE